*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  August 27, 2015                  D-60-15
_____

In the Matter of RICHARD P.
    URDA, an Attorney.

COMMITTEE ON PROFESSIONAL                 MEMORANDUM AND ORDER
    STANDARDS,                                 ON MOTION
                    Petitioner;

RICHARD P. URDA,
                    Respondent.

(Attorney Registration No. 2209062)
_____


Calendar Date:  August 10, 2015

Before:  McCarthy, J.P., Garry, Lynch and Clark, JJ.

                    _____


        Monica A. Duffy, Committee on Professional Standards,
Albany (Michael K. Creaser of counsel), for petitioner.

        Richard P. Urda, Ithaca, respondent pro se.

                    _____


Per Curiam.

        Respondent was admitted to practice by this Court in 1988.
He maintains an office for the practice of law in the City of
Ithaca, Tompkins County.

        By decision dated October 25, 2012, this Court suspended
respondent from the practice of law for a period of one year,
which suspension was conditionally stayed (99 AD3d 1165 [2012]).
Respondent now moves for termination of the stayed suspension and
he has provided a supporting affidavit indicating that the
conditions of the stay have been fully complied with.  Petitioner

does not oppose the motion, which we now grant.

McCarthy, J.P., Garry, Lynch and Clark, JJ., concur.


ORDERED that respondent's motion is granted, and the stayed suspension imposed by this Court's decision dated October 25, 2012 is terminated, effective immediately.




ENTER:

Robert D. Mayberger
Clerk of the Court